IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF<br>HEAT & FROST INSULATORS<br>& ALLIED WORKERS LOCAL NO. 24,<br><br>            Plaintiff,<br><br>      v.<br><br>CHESAPEAKE FIRESTOP PRODUCTS<br>INC., et al.<br><br>            Defendants. | Case No. 12-1376-AW |

**PLAINTIFF'S MOTION TO DISMISS**
**WRIT OF GARNISHMENT**

Plaintiff International Association of Heat & Frost Insulators & Allied Workers Local No. 24 ("Union") hereby submits this Motion to Dismiss Writs of Garnishment.

On July 31, 2012, the Court entered judgment in favor of the Union and against Defendant Chesapeake Firestop Products ("Chesapeake") in the amount of $40,896.11 for union dues, employee contributions, and liquidated damages. *See* ECF No. 16.

Plaintiff submitted applications for Writs of Garnishment as to the garnishees listed below to enforce judgment. *See* ECF Nos. 18-34, 79. On or about December 13, 2012, Plaintiff and Chesapeake reached an agreement settling the dispute and the amounts owed under the judgments. In accordance with the terms of the agreement, Plaintiff has agreed to seek dismissal of all Writs of Garnishments seeking property of Chesapeake.

1

**Relief Sought**

Accordingly, Plaintiff respectfully request that the Court grant this motion and dismiss any and all Writs of Garnishment issued by the Court in this proceeding and declare the following garnishees free of any further obligation to hold any property of the Defendant:

1. Bank of America
2. BB&T Bank
3. The Columbia Bank
4. Dynalectric Company
5. Grunley Construction Co., Inc.
6. JCM Associates, Inc.
7. Kirlin Mid-Atlantic, LLC
8. M&T Bank
9. O'Connor Plumbing & Heating
10. PNC Bank N.A.
11. Southland Industries of Virginia, Inc.
12. SunTrust Bank
13. T.A. Beach Corporation
14. Tidewater Glazing, Inc.
15. United Sheet Metal, Inc.
16. Welch and Rushe, Inc.
17. Wells Fargo Bank NA
18. Whiting-Turner Contracting Company

Respectfully submitted,

\_\_\_/s/_____
Andrew K. Lin (U.S. D.C. Md. Bar # 18326)
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, NW
Washington, D.C.  20036
(202) 783-0010
(202) 783-6088 Facsimile
alin@mooneygreen.com
Counsel for the Plaintiff

Dated: December 13, 2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2012, a copy of the foregoing Plaintiffs' Motion to Dismiss Writ of Garnishment was sent by first-class mail, postage prepaid, to:

>Amir Gibbs, Esq.
>One Research Court, Suite 450
>Rockville, MD 20850-6252
>*Attorney for Defendant*
>
>Tessa Laspia Frederick
>Miles & Stockbridge P.C.
>10 Light Street, 12th Floor
>Baltimore, Maryland 21202
>*Attorney for Garnishee*
>*Bank of America, N.A.*
>
>John Y. Yee
>Gordon Feinblatt LLC
>233 East Redwood Street
>Baltimore, MD 21202
>*Attorney for Garnishee*
>*Branch Banking & Trust, Co.*
>
>David S. Musgrave
>Gordon Feinblatt LLC
>233 E Redwood St
>Baltimore, MD 21202
>*Attorney for Garnishee*
>*The Columbia Bank*
>
>James C. Horn
>Dynalectric Company
>22930 Shaw Road, Suite 100
>Dulles, VA 20166
>*Garnishee*
>
>Jeremiah Regan, Esq.
>Bradley Arant Boult Cummings LLP
>1615 L Street NW, Suite 1350
>Washington, DC 20036
>*Attorney for Garnishee*
>*Grunley Construction Co., Inc.*

Seth A. Robbins, Esq.
2020 P Street NW
Washington, DC 20007
*Attorney for Garnishee*
*JCM Associates, Inc.*

Charles F. Mitchell
515 Dover Road, Suite 2100
Rockville, Maryland 20850
*Attorney for Garnishee*
*Kirlin Mid-Atlantic, LLC*

M&T Bank
215 North Frederick Avenue
Gaithersburg, MD 20877
*Garnishee*

O'Connor Plumbing & Heating
19301 Mateny Hill Road
Germantown, MD 20874
*Garnishee*

PNC Bank
702 Russell Avenue
Gaithersburg , MD 20877
*Garnishee*

Andrew Lynch Cole
Franklin and Prokopik PC
The B and O Bldg
Two N Charles St Ste 600
Baltimore, MD 21201
*Attorney for Garnishee*
*Southland Industries of VA, Inc.*

John Y. Yee
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202
*Attorney for Garnishee, SunTrust Bank*

Andrew N. Cook
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006

*Attorney for Garnishee*
*AES Electrical, Inc. t/a T.A. Beach Corporation*

Robert Francis Carney
Whiteford Taylor and Preston LLP
Seven Saint Paul St
Baltimore, MD 21202
*Attorney for Garnishee*
*Tidewater Glazing, Inc.*

Roger C. Jones
Huddles Jones Sorteberg & Dachille
10211 Wincopin Circle, Suite 200
Columbia, MD 21044
*Attorney for Garnishee*
*United Sheet Metal, Inc.*

Welch & Rushe, Inc.
391 Prince Georges Blvd
Upper Marlboro, MD 20774
*Garnishee*

Wells Fargo Bank
7901 Wisconsin Ave.
Bethesda, MD 20879
*Garnishee*

Matthew Ryan Alsip
Venable LLP
210 W Pennsylvania Ave Ste 500
Towson, MD 21204
*Attorney for Garnishee*
*The Whiting-Turner Contracting Co.*

          /s/
Mark J. Murphy
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L. Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088 facsimile
mmurphy@mooneygreen.com